*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*Dec. 18, 2006*

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS et al., <br><br> Plaintiff, <br><br> vs. <br><br> GOLDEN WEST ENVELOPE CORPORATION, a California corporation, also known as GOLDEN WEST ENVELOPE <br><br> Defendant. | NO. C 06 3932 VRW <br><br><br><br><br> NOTICE OF <br> VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for December 19, 2006 at 9:00 a.m. in Courtroom No. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:    December 14, 2006              ERSKINE & TULLEY

                                         By: _____
                                             Michael J. Carroll
                                             Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

|   |   |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On December 14, 2006 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Golden West Envelope Corporation**
**24619 O'Neil Avenue**
**Hayward, CA 94544**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2006 at San Francisco, California.

_____
SHARON EASTMAN